ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEROY EDWARD DOOLEY,<br><br>Plaintiff,<br><br>vs.<br><br>NEWMONT USA LIMITED, a Delaware Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>Defendants. | **Case No.:** 2:21-cv-00420<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION** |

## STIPULATION AND ORDER FOR SUBSTITUTION

Nevada Gold Mines LLC ("NGM") as the real party in interest for Defendant NEWMONT USA LIMITED ("Newmont"), and Plaintiff Leroy Edward Dooley ("Plaintiff"), by and through their respective undersigned counsel, hereby agree and stipulate as follows:

Nevada Gold Mines LLC was formed as the result of a joint venture between Newmont and Barrick Gold of North America ("Barrick") in March 2019. Since that time NGM has assumed

the liabilities from Newmont that may potentially arise out of this case. Accordingly, NGM is the real party in interest and the proper named Defendant in this case.

Pursuant to NRCP 41(a) Newmont USA Limited shall be replaced by Nevada Gold Mines LLC as the proper named Defendant in this case. This Stipulation shall function as a voluntary dismissal without prejudice of Newmont from this action.

DATED this 10th day of May, 2021.  DATED this 10th day of May, 2021.

KEMP & KEMP, ATTORNEYS AT LAW   SIMONS HALL JOHNSTON PC

/s/ James P. Kemp   /s/ Anthony L. Hall

James P. Kemp, Esq.  
Nevada Bar No. 6375  
Kemp & Kemp, Attorneys at Law  
7435 W. Azure Drive, Suite 110  
Las Vegas, Nevada 89130  
*Attorneys for Plaintiff*

Anthony L. Hall  
Nevada Bar No. 5977  
Jonathan A. McGuire  
Nevada Bar No. 15280  
6490 S. McCarran Blvd., Ste. F-46  
Reno, NV 89509  
*Attorneys for Defendant*

**IT IS SO ORDERED:**

Dated this 13 day of May, 2021.

_____  
Gloria M. Navarro, District Judge  
United States District Court